Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, William Stutz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  06-2082 <br><br> **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** |
| William Stutz, <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (WILLIAM STUTZ) Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

fees and costs.

DATED:  February 20, 2009

By: _____

Attorneys for Plaintiff, William Stutz

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: April 27 , 2009        DLA PIPER US LLP

3

4                                  By: _____
                                       Michelle Sadowsky
5                                      Attorneys for Defendants

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

9

10   Dated: APR 3 0 2009

11                                 Hon. Charles R. Breyer
                                   United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1015914/6190655v 1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**